SEALED FILED

APR 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE STANFILL, (3)<br>  AKA, "DRE;"<br>MARKEITH CANADY, (11)<br>  AKA, "GOOBY;"<br>KEVIN PACKARD, (12)<br>  AKA, "KAY PEE," AKA, "KP;"<br><br>    DEFENDANTS. | No.  1: 16 MJ - 00044 BAM<br><br>[PROPOSED] SEALING ORDER<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and supporting affidavit in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal until April 21, 2016 at 10:00 a.m. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

DATED 4/20/16

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE